ALEXANDRA LYNN IBIETA
1321 ROSE GARDEN DR
METAIRIE, LA 70005

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

911 RESTORATION
2033 OLD RICHTON RD
PETAL, MS 39465

AFFIRM, INC.
ATTN: BANKRUPTCY
650 CALIFORNIA ST
FL 12
SAN FRANCISCO, CA 94108

BALANCED HEALTHCARE RE
164 BURKE ST
STE 201
NASHUA, NH 03060

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

CHASE CARD SERVICES
ATTN: BANKRUPTCY
PO BOX 15299
WILMINGTON, DE 19850

CITIBANK
PO BOX 790046
ST LOUIS, MO 63179

COMPREHENSIVE RADIO
2630 RIDGEWOOD RD
STE B
JACKSON, MS 39216

FORREST GENERAL
6051 US 49
HATTIESBURG, MS 39401

FROST-ARNETT CO
P.O. BOX 1280
OAKS, PA 19456

HATTIESBURG CLINIC
421 S 28TH AVE
HATTIESBURG, MS 39401

HATTIESBURG GI ASSOC
100 METHODIST HOSP. BL
HATTIESBURG, MS 39402

KLARNA
PO BOX 8116
COLUMBUS, OH 43201

MAXEM HEALTH
4910 OLD HWY 11
HATTIESBURG, MS 39401

MIRAMED
360 E 22ND ST
LOMBARD, IL 60148

NELNET
PO BOX 82561
LINCOLN, NE 68501

PENNYMAC LOAN
PO BOX 514387
LOS ANGELES, CA 90051

REGIONS
1900 FIFTH AVE
BIRMINGHAM, AL 35203

SOUTH MS COLLECTION
5001 PARK ST
MOSS POINT, MS 39563

SYNCHRONY
P.O. BOX 965065
ORLANDO, FL 32896

SYNCHRONY
ATTN: BANKRUPTCY
PO BOX 96506
ORLANDO, FL 32896

SYNCHRONY BANK
ATTN: BANKRUPTCY
PO BOX 965060
ORLANDO, FL 32896

THRIVEWORKS COUNSELING
1000 JEFFERSON ST
STE 1B
LYNCHBURG, VA 24504

XFINITY/COMCAST
600 GALLERIA PKWY SE
ATLANTA, GA 30339