**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

| | |
|---|---|
| **IN RE: ALEXANDRA LYNN IBIETA aka Alexandra Ibieta** | **CASE NO.: 26-51606-KMS**<br>**CHAPTER 7** |

**O R D E R**

Upon considering the Motion for Relief as to Debtor of PennyMac Loan Services, LLC (Movant) (Dk#__), the lack of opposition thereto being filed by opposing parties,

**IT IS ORDERED** that the automatic stay in the above and entitled and numbered case is hereby lifted insofar as the following described property is affected thereby, whether this case is converted to another Chapter of Title 11 of the United States Code, to-wit:

See Exhibit A attached hereto and made a part hereof.

**IT IS FURTHER ORDERED** that the subject property located at 10 Village Dr, Hattiesburg, MS 39402 is hereby abandoned from the Estate and Movant and/or Movant's successors, agents, and representatives, is permitted to proceed with all state law and contractual

remedies or resolutions that may be available to the Movant.

And it is further ORDERED this Order is immediately effective and it's not stated by operation of law, notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(4).

Entry of this order shall constitute the entry of final judgment pursuant to Bankruptcy Rule 9021 and Rule 58 of the Federal Rules of Civil Procedure and shall be applicable to any conversion of this case to any other chapter under the Bankruptcy Code.

**##END OF ORDER##**

This Order prepared by:

_/s/ Kim Putnam______________
Kimberly D. Putnam (Bar#102418)
Attorney for Movant
Halliday, Watkins, & Mann, P.C.
1107 Highland Colony Pkwy, Suite 207
Ridgeland, MS 39157
(801) 355-2886
kimberlyp@hwmlawfirm.com