MSSB-7007.1-Bk (11/23)

# United States Bankruptcy Court
# Southern District of Mississippi

In re: Alexandra Lynn Ibieta aka Alexandra Ibieta

Debtor(s)

Case No.: 26-51606-KMS

Chapter: 7

## Corporate Ownership Statement

Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local Rules, PennyMac Loan Services, LLC, a

[Name of Corporate Party]

**[Check One]**

- [x] Party to a contested matter **Miss. Bankr. L.R. 9014-1(c)**
- [ ] Corporate Debtor **FRBP 1007(a)(1)**
- [ ] Corporate Petitioner of an involuntary petition **FRBP 1010(b)**
- [ ] Alleged Corporate Debtor **FRBP 1011(f)**

make the following disclosure(s):

- [x] The following entities owning, directly or indirectly, 10% or more of any class of the corporation's (s') equity interests, are listed below:

• PennyMac Loan Services, LLC is 100% owned by Private National Mortgage Acceptance Company, LLC.
• Private National Mortgage Acceptance Company, LLC is approximately 32.5% owned by PNMAC Holdings, Inc. ("Holdings"), and approximately 67.5% owned by PennyMac Financial Services, Inc. ("PFSI"), a publicly held Delaware corporation. Holdings is 100% owned by PFSI. PFSI does not have a parent corporation, and both HC Partners LLC and T. Rowe Price Investment Management, Inc. own 10% or more of the stock of PFSI.

**OR**

- [ ] There are no entities owning, directly or indirectly, 10% or more of any class of the corporation's equity interest.

Date: 11/12/2026

/s/ Kim Putnam
Attorney Signature

Kimberly D. Putnam
Attorney Name

102418
State Bar Number

1107 Highland Colony Pwky, Suite 207
Address

Ridgeland, MS 39157
City, State, and Zip Code

318-330-9020
Telephone Number

ecfmail@hwmlawfirm.com
Email Address

**Pursuant to Miss. Bankr. L.R. 7007.1-1 the requirements for filing a Corporate Ownership Statement, under Fed. R. Bankr. P. 7007.1 shall also apply to general partnerships, limited partnerships, joint ventures, and limited liability companies.**